# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: PROPOSED ANNEXATION OF WILKINSBURG BY THE CITY OF PITTSBURGH

INTERVENOR OBJECTORS: CARMEN BROWN, RENEE HAYNES-JOHNSON, BOROUGH OF WILKINSBURG, MOIRA KALEIDA, ANGEL GOBER, SUSAN OERKVITZ, PAMELA HARBIN AND EVAN GASCOINE

PETITION OF: TRACEY EVANS, MONICA GARCIA, DEBRA RAUBENSTRAUCH, VANESSA BUFFRY AND MICHAEL ROSE

: No. 205 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.